AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 12 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jeanette Zamora | ) | Case No. M-19-1614-M |
| USC YOB: 1990 | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 12, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and Intentionally Possess with Intent to Distribute a Controlled Substance, that is Approximately 1.137 Kilograms of Heroin, a Schedule I Controlled Substance Under the Controlled Substances Act |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_Complainant's signature_

Raul Campos, TFO DEA
_Printed name and title_

Please assign to AA
Sworn to before me and signed in my presence.

Date: 07/12/2019    8:31 am

_Judge's signature_

City and state:    McAllen, Texas          Magistrate Judge
_Printed name and title_

## ATTACHMENT A

On July 11, 2019, Texas State Trooper Priscilla Gonzalez conducted a traffic stop on a 2009 Saturn Vue (TX LP's 42521V7) for obstructed license plates in Weslaco, Texas. During her interview, Trooper Gonzalez asked the female driver, later identified as Jeanette Zamora (hereafter ZAMORA), for verbal consent to search her vehicle. After ZAMORA agreed to the consent, Trooper Gonzalez searched the vehicle and located a brown in color tape wrapped rectangular bundle inside a cookie box that was in the rear seat. Trooper Gonzalez requested a K9 and shortly after Pharr Police K9 Officer Daniel Calvillo arrived on scene. K9 Officer Calvillo ran K9 Gemma in which K9 Gemma positively alerted to the presence of narcotics on the same box of cookies that was in the back seat. Trooper Gonzalez transported ZAMORA to the DEA McAllen District Office where Task Force Officer R. Campos read ZAMORA her Miranda Rights in English.

After ZAMORA agreed to speak to officers without her attorney present, she advised agents that she had gone to Nuevo Progreso, Mexico earlier in the morning. ZAMORA stated that in Mexico she met with a friend of hers that worked in Mexico and was asked to take a bag into the United States as a favor. During the interview, ZAMORA admitted that she knew that she was smuggling pills into the United States and was later supposed to receive a $500 payment after a second exchange.